IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY DELANDRO and DEBRA MALOY, individually and on behalf of a class of others similarly situated,<br>                    Plaintiffs,<br><br>              vs<br><br>THE COUNTY OF ALLEGHENY, et al.,<br>                    Defendants. | Civil Action No. 06-927 |

O R D E R

AND NOW, this 8th day of January, 2007, after the plaintiffs filed an amended complaint in the above-captioned case, and after the defendants submitted a motion to dismiss the amended complaint or, in the alternative, for summary judgment, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendants' motion to dismiss the amended complaint, or for summary judgment (Document No. 8), treated as a motion to dismiss, is denied.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc:        All Counsel of Record

                 Honorable Robert C. Mitchell
                 United States Magistrate Judge