IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY DELANDRO and KAREN MURPHY, individually and on behalf of a class of others similarly situated,<br>           Plaintiffs,<br><br>           vs<br><br>THE COUNTY OF ALLEGHENY, et al.,<br>           Defendants. | Civil Action No. 06-927 |

## ORDER OF COURT

AND NOW, this 2nd day of December, 2009, upon consideration of plaintiffs motion for partial summary judgment on liability, and the defendants motion for summary judgment, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of defendants objections as well as oral argument on the cross-motions for summary judgment heard by the Court on October 20, 2009 and with more than thirty (30) days having expired therefrom, upon final review of all the filings and arguments of the parties and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiffs' motion for partial summary judgment on liability (Document No. 107) is GRANTED as to The County of Allegheny and DENIED in all other respects, and that the defendants' motion for summary

judgment (Document No. 111) is GRANTED as to defendants Ramon Rustin, Edward Urban, Gregory Grogan, Lance Bohn and William Emerick who are hereby dismissed from this action and said Motion is DENIED in all other respects. The caption of this action is hereby amended to read as follows:

> HARRY DELANDRO and KAREN MURPHY,
> individually and on behalf of a class of others
> similarly situated,
> 
> Plaintiffs,
>
> vs
>
> THE COUNTY OF ALLEGHENY,
>
> Defendant.

Plaintiffs shall file their pretrial statement on or before **January 4, 2010** and Defendant shall file its pretrial statement on or before **February 4, 2010.** The Court will immediately thereafter schedule a pretrial conference and a trial date.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc:  D. Aaron Rihn, Esquire
Email: arihn@peircelaw.com
Daniel C. Levin, Esquire
Email: dlevin@lfsblaw.com
Alexander E. Barnett, Esquire
Email: abarnett20@hotmail.com
Alexandra C. Warren, Esquire
Email: awarren@cuneolaw.com
Gary E. Mason, Esquire
Email: gmason@masonlawdc.com
Charles J. LaDuca, Esquire
Email: charlesl@cuneolaw.com
Elmer R. Keach, III, Esquire
Email: bobkeach@keachlawfirm.com
Nicholas A. Migliaccio, Esquire
Email: nmigliaccio@masonlawdc.com
Scott C. Weeber, Esquire
Email: sweeber@peircelaw.com

Craig E. Maravich, Esquire
Email: cmaravich@county.allegheny.pa.us
Michael H. Wojcik, Esquire
Email: mwojcik@county.allegheny.pa.us