IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY DELANDRO and DEBRA MALOY, individually and on behalf of a class of others similarly situated. | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 2:06-CV-927 |
| vs. | ) ) | |
| THE COUNTY OF ALLEGHENY et al., | ) | |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this __30th__ day of __March__, 2010, it is hereby ORDERED, ADJUDGED and DECREED that this joint motion is granted and that the mediator's report at Document 146 is stricken and removed from the record.

By the Court:

s/ Terrence F. McVerry , J.